UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 16-80 RSM |
| Plaintiff, | |
| v. | ORDER TO SEAL |
| GURPREET SINGH SANDHU, | |
| Defendant. | |

Having read the Defendant's Motion to Seal and because of the sensitive information contained in the Defendant's Sentencing Memorandum;

It is hereby ORDERED that the Defendant's Sentencing Memorandum shall remain sealed.

DATED this 25th day of August, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE